No. —. WATKINS *v.* UNITED STATES. March 5, 1945. Petition denied.

No. —. EX PARTE GUSS BROWN. March 5, 1945. The motion for leave to file petition for writ of mandamus is denied.

No. —. EX PARTE ROBERT LEE WILHOIT. March 5, 1945. The motion for leave to file petition for writ of habeas corpus is denied.

No. —. PUTNAM *v.* FEDERAL LAND BANK OF BALTIMORE. March 5, 1945. The application for reconsideration of the denial of petition for appeal is denied.

No. —. EX PARTE UNIVERSAL OIL PRODUCTS CO. March 5, 1945. The motion for leave to file petition for writ of prohibition and mandamus is denied without prejudice to the filing of an application for writ of certiorari. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application.

No. 2, October Term, 1941. BERNARDS ET AL. *v.* JOHNSON ET AL. March 5, 1945. The motion to recall the mandate is denied.